# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, an Illinois corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Interline Brands, Inc., a Delaware corporation; Interline Brands, Inc., a New Jersey corporation;<br><br>    Defendants. | No. 11-cv-04462<br><br>Judge John F. Grady<br>Magistrate Judge Young B. Kim<br><br>**Plaintiff's Jury Demand**<br><br>[F.R.Civ.P. 38] |

    Plaintiff Craftwood Lumber Company demands a jury trial for all issues triable by jury.

Dated:  August 1, 2011        Respectfully Submitted,

                                      CRAFTWOOD LUMBER COMPANY

                                      By:  s/Scott Z. Zimmermann
                                              One of its attorneys

Scott Z. Zimmermann (78694)
Law Offices of Scott Z. Zimmermann
601 S. Figueroa St. #2610
Los Angeles, CA 90017
213-452-6509

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that on August 1, 2011, he caused the foregoing to be filed with the Clerk of the United District Court for the Northern District of Illinois, and a copy of which will be served on all counsel of record by the Clerk's ECF/CM system:

| | |
|---|---|
| Bart T. Murphy | bart.murphy@icemiller.com |
| Isaac J. Colunga | isaac.colunga@icemiller.com |
| Thomas J. Hayes | thomas.hayes@icemiller.com |
| Charles R. Watkins | charlesw@dglawfirm.com |
| John R. Wylie | johnw@dglaw.com |

s/Scott Z. Zimmermann

Scott Z. Zimmermann
Law Offices of Scott Z. Zimmermann
601 S. Figueroa St. #2610
Los Angeles, CA 90017
213-452-6509