UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, an Illinois corporation, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Interline Brands, Inc., a Delaware corporation; Interline Brands, Inc., a New Jersey corporation,<br><br>    Defendant. | Case No. 11-cv-4462<br><br>Judge John F. Grady<br><br>**Agreed Motion to Continue June 27, 2012. Status Conference and Order**<br><br>Old Date:  June 27, 2012<br>Time:       10:30 A.M.<br><br>New Date:  September 12, 2012<br>Time:       10:30 A.M. |

    Plaintiff Craftwood Lumber Company ("Plaintiff") and Defendants Interline Brands, Inc., a Delaware corporation and Interline Brands, Inc., a New Jersey corporation (collectively "Defendants") (Plaintiff and Defendants are collectively, the "Parties" herein), by and through their counsel of record, hereby stipulate to the following:

    1.    The Parties desire to settle this action and believe that the best way to reach a settlement is in the context of a mediation before a private mediator. The Parties have agreed to mediate with the Hon. Richard Neville (Ret.) of JAMS on July 9, 2012.

    2.    Given the schedules of the Parties, their counsel and the mediator, the mediation could not take place before July 9.

    3.    The Parties desire to continue the currently scheduled Status Conference from June 27, 2012, to September 12, 2012, at 10:30 A.M. (The Parties learned from the Court's clerk that the Court is not available in August.) The Parties desire to reschedule the Status Conference to such date in order allow them

sufficient time to fully explore settlement of the case, including the possibility that more than one session of mediation may become necessary.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD:

Dated: June 13, 2012

Plaintiff Craftwood Lumber Company

/s/ Darryl Cordero
C. Darryl Cordero
By one of its attorneys

Dated: June 13, 2012

Defendants Interline Brands, Inc., a Delaware corporation and Interline Brands, Inc., a New Jersey corporation

/s/ Bart Murphy
Bart T. Murphy
By one of its attorneys

**[PROPOSED] ORDER**

**It Is So Ordered.**

Dated: _June 20, 2011

By: _____
Hon. John F. Grady
United States District Judge

4828-9099-6495.1