# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Craftwood Lumber Company, etc.<br><br>    Plaintiff,<br><br>    v.<br><br>Interline Brands, Inc., *et al.,*<br><br>    Defendants. | Case No. 11-cv-4462<br><br>Judge John F. Grady |

**Joint Stipulation re First Amended Complaint and [Proposed] Order Thereon**

    This Stipulation is dated September 20, 2012 and is entered between Plaintiff Craftwood Lumber Company ("Plaintiff") and Defendants Interline Brands, Inc., a Delaware corporation and Interline Brands, Inc., a New Jersey corporation ("Defendants"), through their attorneys of record:

    WHEREAS, on September 10, 2012 Plaintiff filed a motion for leave to file a First Amended Complaint.

    WHEREAS, the Court took the motion under advisement and directed Defendants to file their objections to the motion, if any, by September 21, 2012.

    IT IS HEREBY STIPULATED by Plaintiff and Defendants as follows:

1. Subject to the approval by the Court of this Stipulation, the First Amended Complaint in the form attached hereto as Exhibit A shall be deemed filed and served.

2. Defendants shall have 21 days from the date of this Stipulation within which to respond to the First Amended Complaint.

| | |
|---|---|
| DATED: September 20, 2012 | Respectfully Submitted, |
| | /s/ Scott Z. Zimmermann |
| | One of Plaintiff's Attorneys |
| DATED: September 20, 2012 | /s/ David K. Callahan |
| | One of Defendants' Attorneys |

## **ORDER**

IT IS SO ORDERED.

_____
John F. Grady
United States District Court Judge

4815-2347-5985.1