# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Craftwood Lumber Company

                                  Plaintiff,

v.                                                             Case No.: 1:11–cv–04462

                                                                             Honorable Amy J. St. Eve

Interline Brands, Inc., a Delaware corp., et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 23, 2015:

      MINUTE entry before the Honorable Amy J. St. Eve: Final fairness hearing held on 3/26/15. Plaintiff's motion for attorney fees and reimbursement of expenses [142] is granted in part and denied in part. Plaintiff's motion for order approving incentive fee4 award to class representative [143] is granted. Plaintiff's unopposed motion for final approval of settlement and certification of settlement class [146] is granted. Defendants' motion to vacate the 8/29/13 discovery sanction order [148] is granted. This case is hereby dismissed. All pending dates and deadlines are stricken. Civil case terminated. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.